**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Francisco Martinez Patino, | Case No. 2:22-cv-00841-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Nye County Sheriff Department, *et al.*, | |
| Defendants. | |

Plaintiff submitted initiating documents to this Court on May 26, 2022. ECF No. 1. Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. *See id.*

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, he must do so.

**IT IS THEREFORE ORDERED** that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

**IT IS FURTHER ORDERED** that, by June 24, 2022, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $402 fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed.

DATED: May 27, 2022.

_____
Brenda Weksler
United States Magistrate Judge